FILED

NOV - 3 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                            PLAINTIFF<br>           v.<br>SCOTT T. HARD,<br>                           DEFENDANT(S). | CASE NUMBER<br><br>SA10-404M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

    Upon motion of _Court_____, IT IS ORDERED that a detention hearing is set for _November 9_____, _2010_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                (Other custodial officer)

Dated: _11/3/10_____         _____MARC L. GOLDMAN_____
                                                                  U.S. ~~District Judge~~/Magistrate Judge